FILED

01/31/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0631

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 21-0631

ROBERT DELLIT, FRANCES DELLIT, RAYMOND F. MESSER, MATRIN G. MESSER, and CHARLES J. MESSER,

Appellants,

vs.

LEONARD SCHLEDER, CULVER PROPERTIES LLP, CHARLES D. BUTTS, KIRBY MINERALS, AN OKLAHOMA GENERAL PARTNERSHIP, C/O MINERAL ACQUISITION PARTNERS, INC., GENERAL PARTNER, TUCKER GARNER O&G LLC, MARY ANN MOSS, CHERRON MUNSON, GAYLE ROSKI, MARY ANNE GARNER FRISONE REVOCABLE TRUST U/A DATED SEPTEMBER 17 , 1993, JAMES E. MUNSON AND CHERRON G. MUNSON, TRUSTEES OF THE JAMES E. & CHERRON G. MUNSON REVOCABLE TRUST U.A. DATED AUGUST 24, 1993, GAYLE GARNER ROSKI, TRUSTEE OF THE GAYLE GARNER ROSKI REVOCABLE TRUST U/A DATED NOVEMBER 16, 1993, TRIO PETROLEUM CORP., THE HOME-STAKE OIL & GAS COMPANY, THE HOME-STAKE ROYALTY CORPORATION, and all other persons, unknown, claiming or who might claim any right, title, estate, or interest in, or lien or encumbrance upon, the real property described in the Complaint adverse to plaintiffs' ownership, or any cloud upon plaintiff's title, whether the claim or potential claim is present or contingent, inchoate or accrued,

Appellees.

## ORDER GRANTING EXTENSION OF TIME TO RESPOND

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Appellants are granted an additional forty

(40) days from February 25, 2022, up to and including April 7, 2022, to file their

opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2022